**U.S. Department of Justice**                                    Criminal Docket
Washington, D.C.
3/07/2023/jt

___McALLEN___ Division                    CR. No.    **M-23-524**

**SEALED INDICTMENT** Filed: ___April 5, 2023___    Judge: **RICARDO H. HINOJOSA**

County: Hidalgo
Lions #: **2023R01547**                              Attorneys:
UNITED STATES OF AMERICA                 ALAMDAR S. HAMDANI, UNITED STATES ATTORNEY

v.                                       JONGWOO CHUNG, ASST. U.S. ATTORNEY

ERNESTO GAONA-GONZALEZ                    Ct. 1
**--WARRANT--**

Charge(s):   Ct. 1:    Transporting illegal aliens within the United States
                       Title 8, United States Code, Sections, 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and
                       1324(a)(1)(B)(ii)
Total
Counts
**(1)**

Penalty:    Ct. 1:    Imprisonment for not more than 5 years and/or a fine of $250,000 and not more
                      than a 3 yr. SRT (as to each count)

Agency:    Homeland Security Investigations- Cordero B. Contreras- MC15BX22MC0006

                              Proceedings

Date