U.S. Department of Justice
United States Attorney

United States Courts
Southern District of Texas
FILED
April 06, 2023
Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
April 06, 2023
Nathan Ochsner, Clerk

# United States District Court
## SOUTHERN District of Texas
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | GRAND JURY NO. __71__ |
| V. | § § | CRIMINAL NO. __M-23-524__ |
| ERNESTO GAONA-GONZALEZ | § § | |

ORDER FOR BENCH WARRANT
AND SETTING AMOUNT OF BAIL

It appearing to the Court that a sealed indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

DEFENDANT                                                                AMOUNT OF BAIL

ERNESTO GAONA-GONZALEZ                              No Bond/Pending Bond Determination Hearing


ENTERED at McAllen, Texas, this __5th__ day of April 2023.

_____
UNITED STATES MAGISTRATE JUDGE